# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:16CR309 |
| vs. | ) | |
| ALLEN ANDERSON, | ) | ORDER |
| Defendant.. | ) | |

This matter is before the court on the government's Motion to Continue [29]. Counsel is actively engaged in plea negotiations and seeks to resolve this matter short of trial. The defendant does not oppose the continuance. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motion to Continue [29] is granted as follows:

1. The jury trial, now set for June 6, 2017 is continued to **August 15, 2017.**

2. The time between June 1, 2017 and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3. A party may object to this order by filing an "Objection to magistrate Judge's Order" no later than **June 8, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED June 1, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**